1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11      RUDIE JARAMILLO,                          Case No.: 1:23-cv-0666 JLT CDB

12                  Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS, DISMISSING
13          v.                                     CERTAIN DEFENDANTS, AND DIRECTING
                                                   THE CLERK OF COURT TO UPDATE THE
14      JOSEPH BURNES, et al.,                     DOCKET

15                  Defendants.                    (Doc. 18)

16

17          Rudie Jaramillo seeks to hold the defendants liable for civil rights violations pursuant to

18      42 U.S.C. § 1983.  The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. §

19      1915A(a) and found Plaintiff stated cognizable claims for Eighth Amendment excessive force and

20      First Amendment retaliation claims against Defendants Barrett, Bartolo, Burnes, Garcia,

21      Hernandez, Rodriguez, and Ruiz.  (Doc. 18 at 4-10.)  However, the magistrate judge found

22      Plaintiff did not state cognizable claims against J. Contreras and R. Villanueva-Garcia.  (*Id.* at 8,

23      9-10.)  Therefore, the magistrate judge recommended the Court dismiss Contreras and

24      Villanueva-Garcia as defendants and the action proceed on the cognizable claims.  (*Id.* at 10.)

25          The Court served the Findings and Recommendations on Plaintiff and notified him that

26      any objections were due within 14 days.  (Doc. 18 at 10.)  The Court advised him that the "failure

27      to file objections within the specified time may result in the waiver of certain rights on appeal."

28      (*Id.* at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not

1  file objections, and the time to do so has passed.

2       According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

3  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

4  are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

5       1.  The Findings and Recommendations issued November 8, 2024 (Doc. 18) are

6           **ADOPTED** in full.

7       2.  This action **SHALL** proceed only on Plaintiff's Eighth Amendment excessive force

8           and First Amendment retaliation claims against Defendants Barrett, Bartolo, Burnes,

9           Garcia, Hernandez, Rodriguez, and Ruiz.

10      3.  Defendants J. Contreras and R. Villanueva-Garcia are **DISMISSED** from this action.

11      4.  The Clerk of Court is directed to update the docket.

12      5.  This matter is referred to the magistrate judge for further proceedings.

13

14  IT IS SO ORDERED.

15    Dated:  __**December 12, 2024**__                    _Jennifer L. Thurston_____
                                                        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28