UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE JARAMILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH BURNES, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00666-JLT-CDB<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME WITHIN WHICH TO FILE NOTICE OF E-SERVICE WAIVER**<br><br>(Doc. 22) |

Plaintiff Rudie Jaramillo is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.    RELEVANT BACKGROUND**

On December 13, 2024, the Court issued its Order Finding Service Appropriate. (Doc. 20.) Specifically, service was to be effected on M. Barrett, S. Bartolo, Joseph Burnes, Alphonso Garcia, A. Hernandez, A. Rodriguez, and E. Ruiz. (*Id*. at 1-2.) Relevant here, the California Department of Corrections and Rehabilitation ("CDCR") was directed to file the "CDCR Notice of E-Service Waiver" form within 40 days, advising whether defendants agreed to waive service of process without the need for personal service. (*Id*. at 2-3.)

On January 23, 2025, the CDCR filed a request for a 14-day extension of time within which to file the required notice, indicating authorization was pending as to all Defendants. (Doc. 22.)

## II. CONCLUSION AND ORDER

Good cause appearing, CDCR's request for an extension of time to file the notice of e-service waiver (Doc. 22) is **GRANTED**. CDCR **SHALL** file a notice of e-service waiver **no later than February 6, 2025**. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: __**January 24, 2025**__          _____
                                                             UNITED STATES MAGISTRATE JUDGE