UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE JARAMILLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH BURNES, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-00666-JLT-CDB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT A. RODRIGUEZ**<br><br>(Doc. 35) |

Plaintiff Rudie Jaramillo is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

### I.   INTRODUCTION

The Court issued its Order Finding Service Appropriate on December 13, 2024. (Doc. 20.) Defendants Barrett, Bartolo, Burnes, Garcia, Hernandez, and Ruiz filed a notice of intent to waive service on January 24, 2025 (Doc. 23); a notice of intent *not* to waive service was filed concerning A. Rodriguez that same date (Doc. 24). As to the former defendants, their answer was filed on March 25, 2025. (Doc. 32). As to Defendant Rodriguez, service ultimately occurred on April 3, 2025, making Rodriguez's answer due no later than April 24, 2025. (Doc. 34.)

On April 17, 2025, Defendants filed a Request by Special Appearance for a Thirty-Day Extension of Time to File Responsive Pleading on Behalf of Defendant A. Rodriguez, accompanied by the Declaration of Brian Lee. (Doc. 35.)

## II. DISCUSSION

Defendants seek a 30-day extension of time within which to file a responsive pleading on behalf of Defendant A. Rodriguez. (Doc. 35.) Deputy Attorney General Brian Lee declares he has been attempting to contact Rodriguez to determine whether Rodriguez wishes the Attorney General's Office to represent him in this matter. (*Id*. at 3, ¶ 2.) Because Lee has been unable to contact Rodriguez thus far, he seeks additional time to do so. (*Id*.) Next, Lee states additional time is necessary because he is presently preparing for an April 29, 2025, trial, set in this district, and maintains a regular caseload of other active correctional law matters. (*Id*., ¶ 3.) Finally, counsel states the request is not made for any purpose of harassment or undue delay. (*Id*., ¶ 4.)

The Court finds Defendants have established good cause for the requested extension of time.

## III. CONCLUSION AND ORDER

Accordingly, and for good cause shown, the Court **ORDERS** as follows:

1. Defendants' request for a 30-day extension of time (Doc. 35) is **GRANTED**; and
2. Defendants **SHALL** file a responsive pleading **no later than May 26, 2025**.[1]

IT IS SO ORDERED.

Dated:   **April 18, 2025**                            _____
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] 4/24/25 + 30 days = 5/24/25. Because May 24, 2025, is a Saturday, the due date extends the next court business day, or May 26, 2025 (*see* Fed. R. Civ. P. 6(a)(1)).