UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE JARAMILLO,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH BURNES, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00666-JLT-CDB<br><br>**ORDER TO SHOW CAUSE REGARDING DEFENDANTS' FAILURE TO COMPLY WITH THE COURT'S ORDER ISSUED APRIL 18, 2025**<br><br>**7-Day Deadline** |

Plaintiff Rudie Jaramillo is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

### I.     PROCEDURAL BACKGROUND

The Court issued its Order Finding Service Appropriate on December 13, 2024. (Doc. 20.) Defendants Barrett, Bartolo, Burnes, Garcia, Hernandez, and Ruiz filed a notice of intent to waive service on January 24, 2025 (Doc. 23); a notice of intent *not* to waive service was filed concerning A. Rodriguez that same date (Doc. 24). As to the former defendants, their answer was filed on March 25, 2025. (Doc. 32). As to Defendant Rodriguez, service ultimately occurred on April 3, 2025, making Rodriguez's answer due no later than April 24, 2025. (Doc. 34.)

On April 17, 2025, Defendants filed a Request by Special Appearance for a Thirty-Day Extension of Time to File Responsive Pleading on Behalf of Defendant A. Rodriguez,

accompanied by the Declaration of Brian Lee. (Doc. 35.)

On April 18. 2025, the Court issued its Order Granting Defendants' Request for Extension of Time Within Which to File Responsive Pleading on Behalf of Defendant A. Rodriguez. (the "April 18 Order," Doc. 36.) Specifically, Defendants were granted an extension to May 26, 2025, within which to file a responsive pleading. (*Id*. at 2.)

## II.   DISCUSSION

Defendant Rodriguez has failed to file a responsive pleading by May 26, 2025, in accordance with the Court's April 18 Order. In that order, the Court noted that defense counsel, specially appearing on behalf of Defendant Rodriguez, sought additional time within which to contact Rodriguez to learn whether he wished the Attorney General's Office to represent him in this action and to file a responsive pleading on his behalf if so. Nevertheless, neither Defendant Rodriguez nor counsel for the other Defendants has complied with the April 18 Order or otherwise provided to the Court any explanation for the delinquency. Therefore, Defendants will be directed to show cause in writing, within seven days, why sanctions should not be imposed for their failure to comply with the Court's April 2025 order.

## III.   CONCLUSION AND ORDER

Accordingly, for the reasons given above, **within seven (7) days** of the date of this order, Defendants shall show cause in writing why sanctions should not be imposed for their failure to comply with the Court's April 18, 2025, order. This order may be complied with by the filing of a responsive pleading on behalf of Defendant A. Rodriguez within that same period. Failure to timely comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **May 28, 2025**                                  _____
                                                                                  UNITED STATES MAGISTRATE JUDGE