1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    RUDIE JARAMILLO,                              Case No.: 1:23-cv-00666-JLT-CDB

12                    Plaintiff,                    **ORDER DISCHARGING ORDER TO
                                                    SHOW CAUSE ISSUED MAY 28, 2025**
13           v.
                                                    (Doc. 38)
14    JOSEPH BURNES, et al.,
                                                    **ORDER TO SHOW CAUSE DIRECTED TO
15                    Defendants.                   ANTHONY R. RODRIGUEZ FOR HIS
                                                    FAILURE TO FILE A RESPONSIVE
16                                                  PLEADING**

17                                                  **RESPONSE DEADLINE: JUNE 27, 2025**

18

19           Plaintiff Rudie Jaramillo is proceeding pro se and *in forma pauperis* in this civil rights

20    action pursuant to 42 U.S.C. section 1983. The action proceeds on Plaintiff's Eighth Amendment

21    excessive force and First Amendment retaliation claims against Defendants Barrett, Bartolo,

22    Burnes, Garcia, Hernandez, Rodriguez, and Ruiz.

23           **I.      BACKGROUND**

24           The Court issued its Order Finding Service Appropriate on December 13, 2024. (Doc. 20.)

25    Defendants Barrett, Bartolo, Burnes, Garcia, Hernandez, and Ruiz filed a notice of intent to waive

26    service on January 24, 2025 (Doc. 23); a notice of intent *not* to waive service was filed

27    concerning Defendant A. Rodriguez that same date (Doc. 24). As to the former Defendants, their

28    answer was filed on March 25, 2025. (Doc. 32). As to Defendant Rodriguez, service ultimately

1  occurred on April 3, 2025, making Anthony R. Rodriguez's answer due no later than April 24,

2  2025. (Doc. 34.)

3      On April 17, 2025, Defendants filed a Request by Special Appearance for a Thirty-Day

4  Extension of Time to File Responsive Pleading on Behalf of Defendant A. Rodriguez,

5  accompanied by the Declaration of Brian Lee. (Doc. 35.)

6      On April 18, 2025, the Court issued its Order Granting Defendants' Request for Extension

7  of Time Within Which to File Responsive Pleading on Behalf of Defendant A. Rodriguez. (Doc.

8  36.) Specifically, Defendants were granted an extension to May 26, 2025, within which to file a

9  responsive pleading on Defendant Rodriguez's behalf. (*Id*. at 2.)

10     On May 28, 2025, when a responsive pleading was not filed on Defendant Rodriguez's

11 behalf, the Court issued its Order to Show Cause (OSC) Regarding Defendants' Failure to

12 Comply with the Court's Order Issued April 18, 2025. (Doc. 38.) Defendants were ordered to

13 respond within seven days, addressing why neither Defendant Rodriguez nor counsel for the other

14 Defendants had complied with the Court's April 18, 2025, Order. (*Id*. at 2.)

15     On June 3, 2025, the answering Defendants (Barrett, Bartolo, Burns, Garcia, Hernandez,

16 and Ruiz) filed a response to the OSC. (Doc. 39.) Briefly stated, they indicate that Defendant

17 Rodriguez has not sought representation by the Attorney General's Office in this action and

18 therefore a responsive pleading cannot be filed on Rodriguez's behalf. (*Id*. at 1-2.) Counsel for

19 the answering Defendants was unable to make contact with Rodriguez because he "does not have

20 an email address, physical address, or telephone number at which Mr. Rodriguez can be reached."

21 (*Id*. at 2.)

22     **II.    DISCUSSION**

23     The Court has considered the representations by counsel in responding to the Court's

24 order to show cause (Docs. 38, 39).  Although counsel offers no explanation for why he allowed

25 the May 26 filing deadline to pass without making any filings (such as a request for additional

26 time or a report about his inability to establish communication with Defendant Rodriguez), and,

27 indeed, hardly acknowledges the missed deadline, the Court concludes that counsel's conduct

28 cited in the show cause order is the result of excusable neglect, and, accordingly, will discharge

1    the show cause order without imposition of sanctions.  *See In re Veritas Software Corp. Sec.*

2    *Litig*., 496 F.3d 962, 973 (9th Cir. 2007).

3        Defendant Rodriguez has failed to file a responsive pleading in this action. Because

4    Defendant Rodriguez has not waived service of process, and the United States Marshal appears to

5    have served a person of suitable age and discretion at a residence associated with Defendant

6    Rodriguez on April 3, 2025, the Court will provide Defendant Rodriguez with *one final*

7    *opportunity* to appear in this action and to avoid the potential of a default judgment being entered

8    against him.

9        **III.    CONCLUSION AND ORDER**

10       Accordingly, the Court **HEREBY ORDERS** as follows:

11       1.  The OSC issued May 28, 2025 (Doc. 38) is **DISCHARGED**;

12       2.  Defendant Rodriguez **SHALL** show cause in writing, **no later than June 27, 2025**,

13           why sanctions should not be imposed for his failure to file a responsive pleading

14           following service of process. Alternatively, Defendant Rodriguez may file a

15           responsive pleading within that same period; and

16       3.  The Clerk of the Court is **DIRECTED** to serve Defendant Rodriguez with a copy of

17           this Order by mail at the address indicated on the USM-285 form filed with the Court

18           on April 9, 2025 (Doc. 34).

19   IT IS SO ORDERED.

20       Dated:    **June 4, 2025**                    _____

21                                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28