1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RUDIE JARAMILLO,<br><br>             Plaintiff,<br><br>       v.<br><br>JOSEPH BURNES, et al.,<br><br>             Defendants. | Case No.: 1:23-cv-00666-JLT-CDB<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT A. RODRIGUEZ**<br><br>(Doc. 42) |

Plaintiff Rudie Jaramillo is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     RELEVANT BACKGROUND**

On September 4, 2025, in relevant part, the Court issued its Order Directing Plaintiff to Advise the Court Concerning his Intent to Litigate his Claims Against Defendant A. Rodriguez. (Doc. 41.) Specifically, Plaintiff was directed "to take appropriate action [regarding Rodriguez's failure to appear] and/or to advise the Court of his intentions concerning his claims against Defendant Rodriguez within 30 days of the date of this order." (*Id*. at 3, emphasis removed.)

On October 2, 2025, Plaintiff filed a document titled "Response to Court advising of Plaintiffs Intent to Litigate against Defendant A. Rodriguez." (Doc. 43.)

//
//

## II.   DISCUSSION

In his response, Plaintiff acknowledges Rodriguez's failure to appear (Doc. 43 at 1 ["unable to find Defendant A. Rodriguez"]), that this action is otherwise poised for further proceedings involving the remaining defendants (*id.* ["any sanctions and summary judgment motions would be irrelevant due to the staying order"]) and states his desire to dismiss A. Rodriguez from the action (*id.* ["chooses with this response …"]) so that the matter can potentially proceed to an early settlement conference. The Court construes Plaintiff's response to be a notice of voluntary dismissal as to Defendant A. Rodriguez.

The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss a party by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Thus, because Defendant A. Rodriguez has not filed either an answer or a motion for summary judgment, Plaintiff's notice of voluntary dismiss complies with Rule 41(a)(1)(A)(i).

## III.   CONCLUSION

Accordingly, in light of Plaintiff's notice of voluntary dismissal, Defendant A. Rodriguez is terminated as a party in this case by operation of law without further order from the Court pursuant to Fed. Civ. P. 41(a)(1)(A)(i).

The Clerk of the Court is directed to terminate Defendant A. Rodriguez and update the docket accordingly.

IT IS SO ORDERED.

Dated:   **October 3, 2025**

UNITED STATES MAGISTRATE JUDGE