/ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
ZEWUGEBERHAN DESTA, State Bar No. 271740
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0263
  Fax:  (510) 622-2270
  E-mail:  Zewugeberhan.Desta@doj.ca.gov
*Attorneys for Defendants M. Barrett, S. Bartolo, J. Burnes, A. Garcia, A. Hernandez, and E. Ruiz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RUDIE JARAMILLO,** | Case No. 1:23-CV-00666-JLT-CDB (PC) |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| **v.** | Judge:      The Honorable Christopher D. Baker |
| **JOSEPH BURNES, et al.,** | Trial Date:  Not Set |
| Defendants. | Action Filed:  April 27, 2023 |

TO THE HONORABLE COURT AND PLAINTIFF RUDIE JARAMILLO:

PLEASE TAKE NOTICE that the parties in the above-entitled action reached a settlement of the entire case on February 10, 2026, at the settlement conference before Magistrate Judge Sheila K. Oberto.  The Stipulation for Voluntary Dismissal with Prejudice will be filed as soon as possible after the documents facilitating settlement are executed.

///

///

///

///

1

Dated:  February 11, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General


/s/ Zewugeberhan Desta
ZEWUGEBERHAN DESTA
Deputy Attorney General
Attorneys for Defendants

SA2025300708
68251415.docx

2

# CERTIFICATE OF SERVICE

Case Name:  **Rudie Jaramillo (G07678) v.**          No.    **1:23-CV-00666-JLT-CDB (PC)**
            **Joseph Burnes, et al.**

I hereby certify that on <u>February 11, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF SETTLEMENT OF ENTIRE ACTION

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>February 11, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Rudie Anthony Jaramillo CDCR# G07678
California Correctional Institution
P.O. Box 1906
Tehachapi, CA  93581
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 11, 2026</u>, at Los Angeles, California.

| D. Beltoya | */s/ D. Beltoya* |
|:---:|:---:|
| Declarant | Signature |

SA2025300708
68251313.docx