UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE JARAMILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH BURNES, et al.,<br><br>        Defendants. | Case No.: 1:23-cv-00666-JLT-CDB<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE**<br><br>(Doc. 55) |

On March 16, 2026, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 55.) The stipulation is signed and dated by Plaintiff Rudie Jaramillo and by Zewugeberhan Desta, counsel for Defendants Barrett, Bartolo, Burnes, Garcia, Hernandez, and Ruiz. (*Id*.) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **March 17, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE